1  Paul A. Turcke (applicant *pro hac vice*)
   Moore Smith Buxton & Turcke, Chartered
2  950 West Bannock Street, Suite 520
   Boise, Idaho 83702
3  (208) 331-1800; (208) 331-1202 (fax)
   pat@msbtlaw.com

4  Richard P. Duane (CSB #37880)
   Duane & Seltzer, LLP
5  2000 Center St #300
   Berkeley, CA 94704
6  (510) 841-8575; (510) 845-3016 (fax)
   DickDuane2004@yahoo.com

7  Thomas A. Cohen (CSB #154581)
   Law Offices of Thomas A. Cohen
8  639 Front St., 4th floor
   San Francisco, CA 94111
9  (415) 777-1997; (415) 777-1990 (fax)
   tomcohen@ionix.net

10  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; Sequoia & Kings Canyon National Parks; CRAIG AXTELL, Superintendent; Yosemite National Park; MICHAEL TOLLEFSON, Superintendent; Inyo National Forest; JIM UPCHURCH, Forest Supervisor,<br><br>　　　　Defendants. | Case No.: CV 08 1808 JL<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT |

Proof of Service

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am over the age of 18 and not a party to the within action. My business address is 639 Front St., San Francisco, California 94111. I am an active member of the State Bar of California.

On April 4, 2008 I served the document(s) described as:

SUMMONS; COMPLAINT; AND RELATED COURT DOCUMENTS

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached service list

On the above date,

_X__ (BY CERTIFIED MAIL) **I then deposited such envelope, with postage thereon fully prepaid first class certified** *pursuant to FRCP 4(i)*, **in the United States mail at San Francisco, CA..**

____ **(BY MAIL) I then deposited such envelope, with postage thereon fully prepaid, in the United States mail at San Francisco, CA.**

__ **(BY PERSONAL SERVICE) I then caused such envelope to be delivered by hand to the attorney for plaintiff.**

____ **(BY TELECOPIER) I transmitted the document(s) by facsimile machine to the number indicated after the address(es) noted above.**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

San Francisco, CA
Dated: April 11, 2008

_____/s/_____
Thomas A. Cohen

Proof of Service

**SERVICE LIST—URSACK V. SIBBG, CASE NO. CV 08 1808 JL**

Civil Process Clerk
U.S. Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Michael Mukasey
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

Mary Bomar
National Park Service
1849 C St. NW
Washington, DC 20250

Gail Kimbell
National Forest Service
1400 Independence Ave. SW
Washington, DC 20250

Sierra Interagency Black Bear Group
Sequoia-Kings Canyon National Parks
47050 Generals Hwy
Three Rivers, CA 93271

Craig Axtell
Sequoia-Kings Canyon National Parks
47050 Generals Hwy
Three Rivers, CA 93271

Sierra Interagency Black Bear Group
Yosemite National Park
PO Box 577
Yosemite National Park, CA 95389

Michael Tollefson
Yosemite National Park
PO Box 577
Yosemite National Park, CA 95389

Sierra Interagency Black Bear Group
Inyo National Forest
351 Pacu Ln.
Bishop, CA 93514

Jim Upchurch
Inyo National Forest
351 Pacu Ln.
Bishop, CA 93514

Proof of Service

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

JL

| URSACK, Incorporated and see attached | ) | CV 08 1808 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SIBBG see attached | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: SIBBG see attached
(Defendant's name)

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| Thomas A. Cohen | Paul Turcke | Richard P. Duane |
|---|---|---|
| Law Offices of Thomas A. Cohen | Moore Smith Buxton & Turcke, Chtd. | Duane & Seltzer |
| 639 Front St., 4th floor | 950 West Bannock St., Ste 520 | 2000 Center St. #300 |
| San Francisco, CA 94111 | Boise, ID 83702 | Berkeley, CA 94704 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 3 2008

Richard W. Wieking
Name of Clerk of Court

HELEN L. ALMACEN
Deputy clerk's signature

BY FAX

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## ATTACHMENT TO SUMMONS—URSACK V. SIBBG

The names of the plaintiffs are:

URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,

The names of the defendants are:

SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; Sequoia & Kings Canyon National Parks; CRAIG AXTELL, Superintendent; Yosemite National Park; MICHAEL TOLLEFSON, Superintendent; Inyo National Forest; JIM UPCHURCH, Forest Supervisor,