1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-7180
   Facsimile:   (415) 436-6748
   Email:       charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,<br><br>        Plaintiffs,<br><br>v.<br><br>SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; Sequoia & Kings Canyon National Parks; CRAIG AXTELL, Superintendent, Yosemite National Park; MICHAEL TOLLEFSON, Superintendent; Inyo National Forest; JIM UPCHURCH, Forest Supervisor,<br><br>        Defendants. | No. C 08-1808 JL<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** |

IT IS HEREBY STIPULATED by the parties to this action, through their respective undersigned counsel, that the time for the defendants to answer or otherwise plead to the Complaint may be extended 21 days, to and until June 24, 2008.

//

//

//

//

1  This is the first extension requested for filing the said answer, and it will not cause any
2  change to any hearing dates or any other scheduled matters in this case.

3  Respectfully submitted,

4  Dated: May 28, 2008  LAW OFFICES OF THOMAS A. COHEN

   _____
   THOMAS A. COHEN
   Attorneys for Plaintiffs

   JOSEPH P. RUSSONIELLO
   United States Attorney

12  Dated: May ___, 2008

   _____
   CHARLES M. O'CONNOR
   Assistant United States Attorney
   Attorneys for Defendants

Stipulation Extending Time to Answer Complaint
C 08-1880 JL                                                                            -2-