UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

URSACK, INC. et al.

        Plaintiff(s),

v.

SIERRA INTERAGENCY BLACK
BEAR GROUP et al.
        Defendant(s).
_____/

Case No. C 08-1808 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                                 _____
                                                                 [Party]

Dated: 6/18/08

                                                                  s/Dick Duane
                                                                 [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

URSACK, INCORPORATED et al.

        Plaintiff(s),

        v.

SIERRA INTERAGENCY BLACK BEAR GROUP et al.

        Defendant(s).
_____/

CASE NO. C 08-1808 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      ☐ have not yet reached an agreement to an ADR process
      ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7/9/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Richard Duane | Plaintiff | 510-841-8575 | dickduane2004@yahoo.com |
| Tom Cohen | Plaintiff | 415-777-1997 | tomcohen@ionix.net |
| Paul Turcke | Plaintiff | 208-331-1800 | pat@msbtlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/18/08

/Dick Duane
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 1.05