UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

URSACK, INCORPORATED et al.

            Plaintiff(s),

            v.

SIERRA INTERAGENCY BLACK BEAR GROUP et al.

            Defendant(s).
_____/

CASE NO. C 08-1808 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7/9/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard Duane | Plaintiff | 510-841-8575 | dickduane2004@yahoo.com |
| Tom Cohen | Plaintiff | 415-777-1997 | tomcohen@ionix.net |
| Paul Turcke | Plaintiff | 208-331-1800 | pat@msbtlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/18/08

/Dick Duane
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 1.05