JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,<br><br>                Plaintiffs,<br><br>    v.<br><br>SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; Sequoia & Kings Canyon National Parks; CRAIG AXTELL, Superintendent, Yosemite National Park; MICHAEL TOLLEFSON, Superintendent; Inyo National Forest; JIM UPCHURCH, Forest Supervisor,<br><br>                Defendants. | No. C 08-1808 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

    The Defendants, through their undersigned attorney, hereby respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: June 24, 2008                    Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /s/
                              _____
                              CHARLES M. O'CONNOR
                              Assistant United States Attorney

                              Attorneys for the United States