**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    URSACK, INC. et al.,

            Plaintiff(s),

5      v.                                            No.  C-08-1808-SC

6    SIERRA INTERAGENCY

7    BLACK BEAR GROUP, et al.,                       Clerk's Notice

            Defendant(s).

8    _____/

9

10

11   YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on

12   **July 25,  2008  at 10:00 A.M.**  before the Honorable Samuel Conti. The parties are to file one joint

13   Case Management Statement seven days prior to the Conference.

14

15   Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San
     Francisco, CA 94102.

16

17

18   Dated:     July 1, 2008                          FOR THE COURT,

19
                                                      Richard W. Wieking, Clerk
20

21                                                    By: T. De Martini
                                                         Courtroom Deputy Clerk
22

23

24

25

26

27

28