UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date:       **July 25, 2008**       **[10:11am - 10:12am]**

Case No.   **C-08-1808  SC**                            Judge:  **SAMUEL CONTI**

Title**:**    **URSACK, INC., et al.  -v- SIERRA INTERAGENCY BLACK BEAR GROUP, et al.**

Attorneys:   **Dean Schmidt**         **Charles O'Connor**

Deputy Clerk:   **Monica Narcisse for Teresa De Martini**
Court Reporter:    **Katherine Sullivan**

**PROCEEDINGS**

1)       **Status Conference**

2)       _____

Discovery Cutoff:

Motions hearing:

Continued to        **n/a**            for Status Conference
Continued to        **n/a**            for Pretrial Conference
Continued to        **n/a**            for Jury Trial

ORDERED AFTER HEARING:
   **Plaintiff shall provide defendant with administrative records by end of September 2008.**

Notes:     **Parties authorized to file motions.**

cc:     **CRD for SC**