JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,<br><br>        Plaintiffs,<br><br>  v.<br><br>SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; SEQUOIA & KINGS CANYON NATIONAL PARKS; CRAIG AXTELL, Superintendent; YOSEMITE NATIONAL PARK; MICHAEL TOLLEFSON, Superintendent; INYO NATIONAL FOREST; JIM UPCHURCH, Forest Supervisor,<br><br>        Defendants. | No. C 08-1808 SC<br><br>STIPULATED REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE<br>(Civil Local Rule 16(c))<br><br>AND<br><br>ORDER<br>[~~Proposed~~]<br><br><br>Date: Pending Court's Order<br>Time:<br>Ctrm: No. 1, 17th Floor |

The parties have engaged in settlement discussions, have further discussion scheduled, and hope to reach a compromise of the litigation.

//

//

//

//

1    In the event a full settlement of the case cannot be reached as a result of further
2 discussions, the parties hereby stipulate and request that the Court schedule a further case
3 management conference for April 17, 2009.

Respectfully submitted,

DUANE & SELTZER, LLP

Dated: February 27, 2009

/s/
_____
RICHARD P. DUANE

Attorneys for Plaintiffs

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 27, 2009

/s/
_____
CHARLES O'CONNOR
Assistant United States Attorney

Attorneys for Defendants

## ORDER

IT IS SO ORDERED.   A further case management conference in this matter is set for April 17, 2009 at 10:00 a.m.   The parties are to submit a further case management statement in accordance with Civil Local Rule 16(d).

Dated: __3/2____, 2009

_____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*