JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:        charles.oconnor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSACK, Incorporated, JACQUELINE FLORINE, GARY FISHER, and PHOENIX VAMVAKIAS,<br><br>                Plaintiffs,<br><br>   v.<br><br>SIERRA INTERAGENCY BLACK BEAR GROUP; NATIONAL PARK SERVICE; UNITED STATES FOREST SERVICE; SEQUOIA & KINGS CANYON NATIONAL PARKS; CRAIG AXTELL, Superintendent; YOSEMITE NATIONAL PARK; MICHAEL TOLLEFSON, Superintendent; INYO NATIONAL FOREST; JIM UPCHURCH, Forest Supervisor,<br><br>                Defendants. | No. C 08-1808 SC<br><br>ORDER FOR BRIEFING AND HEARING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>[Proposed]<br><br>Date:  July 31, 2009<br>Time:  10:00 a.m.<br>Ctrm:  No. 1, 17th Floor |

     The Court, having conducted a further case management conference with the parties on April 17, 2009, hereby orders the parties to submit their cross motions for summary judgment on the following schedule for briefing and hearing those motions:

     June 5, 2009 - Plaintiffs file/serve their motion for summary judgment;

     June 19, 2009 - Defendants file/serve their motion for summary judgment and (combined) memorandum in support of defendants' motion for summary judgment and in opposition to plaintiffs' motion for summary judgment;

1     <u>July 3, 2009</u> - Plaintiffs file/serve their (combined) reply memorandum in support of
2     plaintiffs' summary judgement motion and in opposition to defendants' motion for
3     summary judgment;
4     <u>July 17, 2009</u> - Defendants file/serve their reply memorandum in support of defendants'
5     motion for summary judgment;
6     <u>July 31, 2009</u> at 10:00 a.m. - Hearing on the cross-motions for summary judgment.

DATED: May 15, 2009



_____
UNITED STATES DISTRICT JUDGE

ORDER FOR BRIEFING AND HEARING CROSS-MOTIONS FOR SUMMARY JUDGMENT
C 08-1808 SC    - 2 -